IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIE J. ARMSTRONG HAMILTON, et al., | ) ) ) | 8:03CV443 |
| Plaintiffs, | ) ) ) | ORDER |
| vs. | ) ) ) | |
| DEPARTMENT OF VETERANS AFFAIRS, et al., | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on plaintiffs' motion for extension of time (filing no. 45) to file its resistance to the defendants' motion to dismiss (filing no. 43). For good cause shown, the motion will be granted.

THEREFORE, IT IS ORDERED that the plaintiff's motion for extension of time (filing no. 45) is granted. The plaintiff is given an extension until September 8, 2005, within which to file its resistance to the defendants' motion to dismiss.

DATED this 2nd day of September, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge