IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIE J. ARMSTRONG HAMILTON, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV443 |
| v. | ) ) | |
| DEPARTMENT OF VETERANS AFFAIRS, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on the plaintiffs' Motion for Redaction of Docket Entry (Filing No. 49). The court construes this motion as seeking to strike Filing No. 48. The plaintiffs have already re-filed the documents at Filing No. 48. **See** Filing No. 50. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion for Redaction of Docket Entry (Filing No. 49) is granted.

2. The Clerk shall strike Filing No. 48 from the record.

DATED this 13th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge