IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIE J. ARMSTRONG HAMILTON, W.C. JONES, CHERYL JENKINS, BRIAN DACUS, ELROY WILLIAMS, DONALD GRIEVES, JOHN LOPEZ, JACK BROWN, JOE GRIEGER, CHERYL PRINCE, and RAYMOND BASS, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV443 |
| v. | ) ) | |
| R. JAMES NICHOLSON, DEPARTMENT OF VETERANS AFFAIRS, PAUL PULLUM, GENE FERRELL, DENNIS SNYDER, and JOHN PHILLIPS, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on the plaintiffs' motion for an extension of time (Filing No. 58) to cure service. After considering the matter,

IT IS ORDERED that the plaintiffs' motion is granted and plaintiffs are given an extension of time until January 23, 2006, in which to file proofs of service pursuant to this court's order (Filing No. 53) entered on December 19, 2005. The court notes, however, that no further extensions will be allowed after January 23, 2006.

DATED this 12th day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge