## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIE J. ARMSTRONG HAMILTON, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV443 |
| vs. | ) ) | ORDER |
| R. JAMES NICHOLSON, DEPARTMENT OF VETERANS AFFAIRS and PAUL PULLUM, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court after entry of an order on the defendants' motion to dismiss for lack of proper service. **See** Filing No. 70. The matter is now ready to progress. Accordingly, the stay is lifted and the parties shall **on or before November 13, 2006**, meet, confer and report to the court in accordance with Federal Rule of Civil Procedure 26(f) and the court's March 15, 2004 letter (Filing No. 9).

**IT IS SO ORDERED.**

DATED this 17th day of October, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge